

CERTIFIED MAIL
2012 9108

**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

April 27, 2012

Ms. Jennifer Burke
c/o Gaines West, Esquire
Law Office of West, Webb, et al.
Attorney at Law
1515 Emerald Plaza
College Station, TX   77845-1515

Re:   EEOC Charge Against Prairie View A&M University
      No. 460201001923

Dear Ms. Burke:

  Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

  If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

  The investigative file pertaining to your case is located in the EEOC Houston District Office, Houston, TX.

  This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                    Sincerely,

                                    Thomas E. Perez
                                    Assistant Attorney General
                                    Civil Rights Division

                                    by Karen J. Ferguson
                                    Karen L. Ferguson
                                    Supervisory Civil Rights Analyst
                                    Employment Litigation Section

cc: Houston District Office, EEOC
    Prairie View A&M University

No. 4:11-CV-01749
Ex. B
to Plaintiff Jennifer
Burke's Fourth
Amended Complaint



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2012 9108

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

April 27, 2012

Ms. Jennifer Burke
c/o Gaines West, Esquire
Law Office of West, Webb, et al.
Attorney at Law
1515 Emerald Plaza
College Station, TX  77845-1515

Re: EEOC Charge Against Prairie View A&M University
    No. 460201001923

Dear Ms. Burke:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:
   Title I of the Americans with Disabilities Act of 1990,
   42 U.S.C. 12111, et seq., and,
   Title V, Section 503 of the Act, 42 U.S.C. 12203.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Houston District Office, Houston, TX.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                         Sincerely,

                                         Thomas E. Perez
                                         Assistant Attorney General
                                         Civil Rights Division

                                    by   Karen J. Ferguson
                                         Karen L. Ferguson
                                         Supervisory Civil Rights Analyst
                                         Employment Litigation Section

cc: Houston District Office, EEOC
    Prairie View A&M University