IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JENNIFER BURKE, PH.D.,** | § | |
| | § | **CIVIL ACTION** |
| *Plaintiff*, | § | |
| | § | **NO. 4:11-CV-01749** |
| VS. | § | |
| | § | |
| **PRAIRIE VIEW A&M UNIVERSITY, ET AL.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

BE IT REMEMBERED that on _____ day of _____, 2013, came on for consideration Plaintiff's Motion for Referral to Mediation and Defendants' Response thereto. After considering the Motion and Defendant's Response thereto, the Court GRANTS the Motion. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Referral to Mediation is hereby granted.

It is FURTHER ORDERED, ADJUDGED AND DECREED that the parties are ordered to mediate on January 24, 2013, with Alan F. Levin as mediator.

Dated:_____, 2013.

_____
HONORABLE KENNETH M. HOYT