IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JENNIFER BURKE, PH.D.,** § | | |
| *Plaintiff*, § | | **CIVIL ACTION** |
| § | | |
| VS. § | | **NO. 4:11-CV-01749** |
| § | | |
| **PRAIRIE VIEW A&M UNIVERSITY,** § | | |
| **DR. GEORGE C. WRIGHT,** in his § | | **JURY TRIAL DEMANDED** |
| capacity as President of Prairie View § | | |
| A&M University; **DR. E. JOAHANNE** § | | |
| **THOMAS-SMITH,** in her capacity as § | | |
| Provost and Senior Vice President for § | | |
| Academic Affairs of Prairie View A&M § | | |
| University; **DR. DANNY R. KELLEY,** in § | | |
| his capacity as Dean of the College of Arts § | | |
| and Sciences at Prairie View A&M § | | |
| University § | | |
| *Defendants*. | | |

### EXHIBIT "C"
### AMENDED PLAINTIFF'S WITNESS LIST

| NO | WITNESS | PARTY/KNOWLEDGE | CALL AT TRIAL |
|---|---|---|---|
| 1 | Jennifer Burke<br>c/o Gaines West<br>West, Webb, Allbritton & Gentry, P.C.<br>1515 Emerald Plaza<br>College Station, Texas 77845<br>979-694-7000 | Plaintiff. Dr. Burke | Yes/Will Call |
| 2 | Dennis Burke<br>Spring, TX 77381 | Plaintiff's spouse. | May Call |
| 3 | Representative of Prairie View A&M University<br>c/o William T. Deane<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 | Defendant | Yes/Will Call |
| 4 | Dr. George C. Wright<br>c/o William T. Deane<br>Assistant Attorney General | Defendant | Yes/Will Call |

| NO | WITNESS | PARTY/KNOWLEDGE | CALL AT TRIAL |
|---|---|---|---|
|  | General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 |  |  |
| 5 | Dr. E. Joahanne Thomas-Smith<br>c/o William T. Deane<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 | Defendant | Yes/Will Call |
| 6 | Dr. Danny R. Kelley, DMA<br>c/o William T. Deane<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 | Defendant | Yes/Will Call |
| 7. | Mr. Albert Gee<br>Human Resources<br>Mail Stop 1337<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-1730<br>(936) 261-3311 (general) | Mr. Gee is an Assistant Vice President for Human Resources, Prairie View A&M University. Has knowledge regarding Plaintiff's employment with Defendant, and Plaintiff's FMLA leave. | May Call |
| 8 | Dr. Dejun Liu<br>Languages & Communications<br>Mail Stop 2220<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-3731<br>(936) 261-3311 (general)<br>deliu@pvamu.edu | Associate Professor of Prairie View A&M University, Former Chair of the Department of English and Communications.<br>Has knowledge regarding Plaintiff's employment with Defendant. | Yes/May Call |
| 9 | Mr. Ozzie Banaki | Former Faculty Member Prairie View A&M University. May have knowledge of discrimination at Prairie View A&M University. | May Call |
| 10 | Mr. Robert K. Benson<br>Prairie View, Texas 77446-0835 | Lecturer in the Department of Communications, Prairie View A&M University. | May Call |

| NO | WITNESS | PARTY/KNOWLEDGE | CALL AT TRIAL |
|---|---|---|---|
|  |  | Has knowledge of Dr. Burke's illness, as well as her employment with Prairie View A&M University. |  |
| 11 | Mr. Jose Briceno, Union Representative<br>Texas Faculty Association<br>316 W. 12th St.<br>Austin, TX 78701<br>1 (800) 364-8452<br>1 (877) 275-8782 | Has knowledge of the discrimination experienced by Plaintiff | May Call |
| 12 | Dr. Hariettte Howard-Lee Block<br>Department of Biology<br>New Sciences Bldg<br>Mail Stop 2210<br>P.O. Box 519<br>Prairie View, Texas 77446-0835<br>(936) 261-3175<br>(936) 261-3311 (general) | Chair of Prairie View A&M University Tenure Committee. | May Call |
| 13 | Dr. George Brown<br>Department of Biology<br>New Sciences Bldg<br>Mail Stop 2210<br>P.O. Box 519<br>Prairie View, Texas 77446<br>936-261-3164<br>(936) 261-3311 (general)<br>gebrown@pvamu.edu | Distinguished Professor, Speaker of Prairie View A&M University Faculty Senate. Has knowledge of Prairie View A&M University Faculty Salaries. | May Call |
| 14 | Dr. Shannan Butler<br>Assistant Professor, St Edwards University | Has knowledge of the racially hostile environment at Prairie View A&M University. Was involved in recruiting Dr. Burke to Prairie View A&M University. | Yes/May Call |
| 15 | Dr. Diljit K. Chatha<br>Languages & Communications<br>Mail Stop 2220<br>P.O. Box 519<br>Prairie View, Texas 77446<br>936.261.3715<br>(936) 261-3311 (general) | Regents Professor of English, Director of Graduate English, Prairie View A&M University<br>.A member of the Departmental Tenure and Promotion Committee. Has | May Call |

| NO | WITNESS | PARTY/KNOWLEDGE | CALL AT TRIAL |
|---|---|---|---|
|  | dkchatha@pvamu.edu | knowledge of discrimination at Prairie View A&M University. |  |
| 18 | Dr. Natalie Hrintonenko<br>Mathematics Department<br>Mail Stop 2225<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-1978<br>(936) 261-3311 (general)<br>nahritonenko@pvamu.edu | Professor at Prairie View A&M University. Member of the Tenure Appeal Committee. | May Call |
| 19 | Dr. Antonio Jocson<br>Languages & Communication<br>Mail Stop 2220<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-3716<br>(936) 261-3311 (general)<br>aljocson@pvamu.edu<br>Associate Professor of English | Has knowledge of Plaintiff's employment with Defendant; has knowledge of the policies surrounding Tenure and Promotion at Prairie View A&M University. Member of Departmental Tenure and Promotion Committee. | May Call |
| 20 | Dr. Ymitri Mathison<br>Languages & Communications<br>Mail Stop 2220<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-3714<br>(936) 261-3311 (general)<br>ymathison@pvamu.edu | Associate Professor, Prairie View A&M University. Has knowledge of Plaintiff's employment with Defendant, was chair of the Departmental Tenure and Promotion Committee | May Call |
| 21 | Dr. Melinda McBee, | Former Prairie View A&M University professor who has knowledge of discriminatory treatment toward white female employees at Prairie View A&M University. | May Call |
| 22 | Dr. Kenneth Lachlan<br>Communications Director, University of Massachusetts<br>(617) 287-6770 | Has knowledge of Dr. Burke's research. | May Call |
| 23 | Dr. Pamela Obiomon<br>EE Bldg. Rm.330<br>Mail Stop 2520<br>P.O. Box 519 | Associate Professor at Prairie View A&M University    Member of the Tenure     Appeal Committee | May Call |

| NO | WITNESS | PARTY/KNOWLEDGE | CALL AT TRIAL |
|---|---|---|---|
|  | Prairie View, Texas 77446<br>(936) 261-9907<br>(936) 261-3311 (general)<br>phobiomod@pvamu.edu |  |  |
| 24 | Dr. James Palmer, Current Chair<br>Languages & Communications<br>Mail Stop 2220<br>P.O. Box 519<br>Prairie View, Texas 77446<br>jmpalmer@pvamu.edu<br>(936) 261-3311 | Has knowledge of Dr. Burke's research. | May Call |
| 25 | Ms. Kim Spacek<br>Harrington Science Bldg Rm. 109<br>Mail Stop 1337<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-1730<br>(936) 261-3311 (general) | Human Resources Leave Coordinator, Prairie View A&M University. Has knowledge regarding Plaintiff's FMLA leave. | May Call |
| 26 | Dr. Patric Spence<br>Communications Department<br>Kalamazoo, MI 49008-5200<br>(269) 387-1000<br>patric.spence@wmich.edu | Assistant Professor, Western Michigan University. Has knowledge of Dr. Burke's research. | May Call |
| 27 | Mrs. Rebecca Stanley<br>Harrington Science Bldg Rm.109<br>Mail Stop 1337<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-1730<br>(936) 261-3311 (general) | Human Resource Benefits Coordinator, Prairie View A&M University. Has knowledge regarding Plaintiff's FMLA leave | May Call |
| 28 | Dr. Dhadesugoor R. Vaman<br>P.O. Box 519<br>Prairie View, Texas 77446<br>Mail Stop 2520<br>(936) 261-9901<br>(936) 261-3311 (general)<br>drvaman@pvamu.edu<br>. | Distinguished Professor at Prairie View A&M University<br>Member of the Tenure Appeal Committee | May Call |
| 29 | Sarah Wakefield, Ph.D.<br>Languages & Communications<br>Hilliard Hall Ste 213 | Has knowledge of Plaintiff's employment with Defendant, the Prairie View A&M | May Call |

| NO | WITNESS | PARTY/KNOWLEDGE | CALL AT TRIAL |
|---|---|---|---|
|  | Mail Stop 2220<br>P.O. Box 519<br>Prairie View, Texas 77446<br>(936) 261-3726<br>(936) 261-3311 (general)<br>srwakefield@pvamu.edu<br>Associate Professor, Prairie View A&M University | University tenure process, and the qualifications of others who have obtained tenure. |  |
| 30 | Dr. Corrinne Weisgerber<br>Assistant Professor, St. Edwards University | Has knowledge of the racially hostile environment at Prairie View A&M University. Was involved in recruiting Dr. Burke to Prairie View A&M University. | Yes/May Call |
| 31 | Dr. Charles Wukasch,<br>accprof@att.net<br>Adjunct Faculty Member, Austin Community College<br>(512) 288-5362<br>. | Has knowledge of discrimination at Prairie View A&M University | Yes/May Call |
| 32 | Dr. Michael Di Teresa, MD<br>Internist, General Practioner<br>425 Holderrieth Blvd Ste. 209<br>Tomball, TX 77375<br>(281) 357-8885 | Has knowledge of Plaintiff's medical conditions. | May Call |
| 33 | Patricia Stevens, MD<br>FM 1960 Pediatric Center<br>8111 Cypresswood Dr, Ste 104<br>Spring, Texas 77379 | Has knowledge of Plaintiff's childrens' illnesses | May Call |
| 34 | Dr. William Reading, MD<br>Psychiatrist<br>12603 Southwest Fwy Ste. 510<br>Stafford, Texas 77477<br>(281) 494-4471 | Has knowledge of Plaintiff's mental anguish | May Call |
| 35 | Dr. Patrick Woods, MD<br>Methodist Willowbrook Hospital<br>Emergency Care Center<br>18220 Tomball parkway<br>Houston, TX 77070<br>(281) 737-1000 | Has knowledge regarding Plaintiff's FMLA leave. | May Call |

| NO | WITNESS | PARTY/KNOWLEDGE | CALL AT TRIAL |
|---|---|---|---|
| 36 | Dr. Marlon White, MD<br>Obstetrics & Gynecology<br>Northwest Women's Center<br>13215 Dotson Road ste200<br>Houston, TX 77070<br>(281) 555-3440 | Obstetrician; Has knowledge of Plaintiff's pregnancy and FMLA leave | May Call |
| 37 | Dr. Timothy N. Hickman, MD<br>Obstetrics & Gynecology<br>Reproductive Endocrinology<br>920 Frostwood Dr. Ste. 570<br>Houston, TX<br>Has knowledge of Plaintiff's pregnancy. | Has knowledge of Plaintiff's pregnancy. | May Call |
| 38 | Donald R. Deere, Ph.D.<br>Welch Consulting<br>1716 Briarcrest Drive, Suite 700<br>Bryan, Texas 77802<br>(979) 846-0303 | Dr. Deere will testify on behalf of Dr. Burke concerning damages resulting from the denial of tenure and termination from Prairie View A&M University effective August 31, 2010. These damages include the value of the lost earnings and benefits Dr. Burke would have received over her remaining work life had she been granted tenure with Prairie View A&M University. | Yes/Will Call |
| 39 | Gaines West, Esq.<br>West, Webb, Allbritton & Gentry, P.C.<br>1515 Emerald Plaza<br>College Station, Texas 77845<br>979-694-7000 | Mr. West will testify that the fees incurred in the prosecution of this case and the prior administrative matters are reasonable and necessary. | Yes/Will Call |
| 40. | Baili B. Rhodes<br>West, Webb, Allbritton & Gentry, P.C.<br>1515 Emerald Plaza<br>College Station, Texas 77845<br>979-694-7000 | Ms. Rhodes will testify that the fees incurred in the prosecution of this case and the prior administrative matters are reasonable and necessary. | Yes/ Will Call |

Plaintiffs reserve the rights to call any witness designated by Defendants and reserves the right to call rebuttal witnesses.

                                          Respectfully submitted,

**WEST, WEBB, ALLBRITTON & GENTRY, P.C.**
1515 Emerald Plaza
College Station, Texas  77845-1515
Telephone ~ (979) 694-7000
Facsimile ~ (979) 694-8000


By:     /s Gaines West
     GAINES WEST
     ATTORNEY-IN-CHARGE
     Texas State Bar No.  21197500
     Southern District No.: 5327
     E-mail: gaines.west@westwebblaw.com
     BAILI B. RHODES
     Texas State Bar No.: 24065969
     Southern District No.: 1045844
     E-mail: baili.rhodes@westwebblaw.com
     **ATTORNEYS FOR PLAINTIFF**
     **JENNIFER BURKE**

## CERTIFICATE OF SERVICE

I hereby certifies that a true and correct copy of the foregoing instrument has been sent by email notification upon filing with the Southern District via Pacer Court Notification to the counsel listed below on February 11, 2013:

William T. Deane          ECF and email: bill.deane@texasttorneygeneral.com
Assistant Attorney General   and amy.penn@texasattorneygeneral.com
Amy Penn
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548


                                          **/s Gaines West**
                                          Gaines West