UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jennifer Burke

    Plaintiff,

vs.                                             CIVIL ACTION NO. 4:11−cv−01749
                                                           Judge Kenneth M. Hoyt

Prairie View AM University, et al.

    Defendant.

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED and ENTERED The 15th of February, 2013.

_____
Kenneth M. Hoyt
United States District Judge